(Del. Rev. 5/2014) Pro Se Employment Discrimination Complaint

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Barbara Hutt

_____
(Name of Plaintiff or Plaintiffs)

v.

Fortunoff Backyard Store

_____
(Name of Defendant or Defendants)

Civ. Action No. 21 - 1793
(To be assigned by Clerk's Office)

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**
(Pro se)

Jury Demand?
☒ Yes
☐ No

1. This action is brought pursuant to (check all spaces that apply):

   ☒ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, sex, or national origin.

   ☐ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age. My year of birth is:_____.

   ☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

   ☐ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.

2. Plaintiff resides at 807 Marshall Street (Street Address) Wilmington (City) NewCastle (County) DE (State) 19805 (Zip Code)
   267-597-7508 (Area Code) (Phone Number). Attach additional sheets if more than one Plaintiff.

3. Defendant resides at, or its business is located at 3172 Fashion Center Blvd. (Street Address) Newark (City) NewCastle (County) DE (State) 19702 (Zip Code).

**Attach additional sheets if more than one Defendant.**

1

*Please see attached summary of events.*

4. The discriminatory conduct occurred in connection with plaintiff's employment at, or application to be employed at, defendant's __Doug Barish__ place of business
(Defendant's Name)
located at __3192 Fashion Center Blvd.__
(Street Address)
__Newark__   __NewCastle__   __DE__   __19702__.
(City)   (County)   (State)   (Zip Code)

5. The alleged discriminatory acts occurred on __28__, __February__, __2018__.
(Day)   (Month)   (Year)

6. The alleged discriminatory practice ☐ is ☒ is not continuing.

7. On __06__, __March__, __2018__, Plaintiff filed charges
(Day)   (Month)   (Year)
with the Department of Labor of the State of Delaware: _____,
(Agency)
_____
(Street Address)   (City)   (County)
_____, regarding defendant's alleged discriminatory conduct.
(State)   (Zip Code)

8. On __24__, __August__, __2021__, Plaintiff filed charges
(Day)   (Month)   (Year)
with the Equal Employment Opportunity Commission of the United States regarding defendant's alleged discriminatory conduct.

9. The Equal Employment Opportunity Commission issued the attached Notice-of-Right-to-Sue letter which was received by plaintiff on: __28__, __September__, __2021__.
(Day)   (Month)   (Year)

**(NOTE: ATTACH NOTICE-OF-RIGHT-TO-SUE LETTER TO THIS COMPLAINT.)**

10. The alleged discriminatory acts, in this suit, concern:

    A. ☐ Failure to employ plaintiff.
    B. ☒ Termination of plaintiff's employment. Plaintiff was terminated from employment on the following date: _____.
    C. ☐ Failure to promote plaintiff. Plaintiff was refused a promotion on the following date:
    D. ☒ Other acts (please specify): __Discrimination. My boss gave keys to a part time white employee Sandra Conner. She worked from 1pm-5:30pm. She closed the store with no manager and made bank deposits. Only fulltime employees were to have keys and perform these duties__

11. The conduct of Defendant(s) was discriminatory because it was based on (check all that apply):

Failure to give me my duties as a fulltime employee. I was treated unfairly by my boss, he treated me like he didn't want somebody like me to work at his store. My boss was picking on me about several things, and violated my rights as an employee. He did everything he could to get rid of me.

    A. ☐ Plaintiff's race
    B. ☐ Plaintiff's color
    C. ☐ Plaintiff's sex
    D. ☐ Plaintiff's religion
    E. ☐ Plaintiff's national origin
    F. ☐ Plaintiff's age
    G. ☒ Plaintiff's disability - *I was in an accident 4/25/2018 and my boss retaliated and still scheduled me my regular hours.*

12. A copy of the charges filed with the Department of Labor of the State of Delaware and/or the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of plaintiff's claim.

**(NOTE: ATTACH A COPY OF THE CHARGES FILED WITH THE DEPARTMENT OF LABOR OF THE STATE OF DELAWARE AND/OR THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION OF THE UNITED STATES TO THIS COMPLAINT.)**

THEREFORE, Plaintiff asks the Court to grant such relief as may be appropriate, including but not limited to (check all that apply):

    A. ☐ Injunctive relief (specify what you want the Court to order): _____
    B. ☒ Back pay.
    C. ☐ Reinstatement to former position.
    D. ☒ Monetary damages in the amount of *what the court feels is fair.*
    E. ☒ That the Court appoint legal counsel.
    F. ☒ Such relief as may be appropriate, including costs and attorney's fees.
    G. ☒ Other (specify): *I can't put a price on mental anguish and the hurt I felt after losing my job, and the way my boss did it was very hurtful to me, because I was so excited that I had a fulltime with benefits job, and to lose it really did something to me.*

I/We declare under penalty of perjury that the foregoing is true and correct.

Dated: *December 22, 2021*

_____*Barbara D. Hunt*_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

**NOTICE**
Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.