

ATTORNEYS AT LAW
www.margolisedelstein.com

**DELAWARE OFFICE:**
**300 Delaware Avenue**
**Suite 800**
**Wilmington, DE 19801**
**302-888-1112**
**Fax: 302-888-1119**

PHILADELPHIA OFFICE:*
The Curtis Center
170 S. Independence Mall W.
Suite 400E
Philadelphia, PA 19106-3337
215-922-1100

PITTSBURGH OFFICE:
535 Smithfield Street
Suite 1100
Pittsburgh, PA 15222
412-281-4256

SCRANTON OFFICE:
220 Penn Avenue
Suite 305
Scranton, PA 18503
570-342-4231

HARRISBURG OFFICE:*
3510 Trindle Road
Camp Hill, PA 17011
717-975-8114

WESTERN PA OFFICE:
983 Third Street
Beaver, PA 15009
724-774-6000

CENTRAL PA OFFICE:
P.O. Box 628
Hollidaysburg, PA 16648
814-695-5064

SOUTH NEW JERSEY OFFICE:
100 Century Parkway, Suite 200
P.O. Box 5084
Mt. Laurel, NJ 08054
856-727-6000

NORTH NEW JERSEY OFFICE:
Connell Corporate Center
400 Connell Drive
Suite 5400
Berkeley Heights, NJ 07922
908-790-1401

*Member of the Harmonie Group

Helene Episcopo, Esq. (DE Bar No. 6406)
Direct Dial: 215-931-5846
hepiscopo@margolisedelstein.com

File No. 49600.0-01186

November 21, 2019

**VIA ELECTRONIC MAIL**
DOL_AntiDiscrimination@delaware.gov
Delaware Department of Labor
Division of Industrial Affairs
Office of Anti-Discrimination
4425 North Market Street
Wilmington, DE 19802

RE: Barbara D. Hutt v. Fortunoff Backyard Store
Charge No.: HUT030519/17C-2019-00252

To Whom it May Concern:

This is a Position Statement[1] submitted on behalf Furniture Concepts, LLC d/b/a Fortunoff Backyard Store ("Fortunoff" and/or "Respondent") regarding the above referenced Charge filed by Barbara D. Hutt ("Complainant" or "Ms. Hutt"). Respondent asks that this agency dismiss Ms. Hutt's Charge of Discrimination ("Charge"), in full, for the reasons discussed below, as Ms. Hutt was terminated for poor job performance and she has presented no evidence of discrimination based on race. Respondent denies the allegations in the Charge of Discrimination for the reasons set forth in this Position Statement.

[1] This submission is intended solely for purposes of this agency's investigation, and is based upon an investigation of facts at the time of this writing. Respondent reserves its right to present new or additional facts or arguments based upon subsequently acquired information or evidence. This submission is intended to provide a summary depicting some of the salient aspects of Ms. Hutt's employment, and is not an exhaustive description of every occurrence or issue. While believed to be true and correct, this submission does not constitute an affidavit. It is not intended to be used as evidence in any court or administrative proceeding, including but not limited to those before the Equal Employment Opportunity Commission or any state or federal tribunal, nor is this submission to be construed as asserting any position as to the relevancy or admissibility of any matters requested or provided herein.

## I. EQUAL EMPLOYMENT OPPORTUNITY POLICIES OF RESPONDENT

Respondent is an equal opportunity employer. Therefore, all personnel activities are conducted in a manner that assures equal opportunity for all employees. Furthermore, all personnel decisions are based solely on an employee's merit and/or performance, without regard to race, color, religion, creed, gender, age, national origin, disability, sexual orientation or any other characteristic protected by law. See Exhibit A, at p. 9-13.[2]

## II. RESPONDENT'S RESPONSE TO CHARGE ALLEGATIONS

### A. Factual Background and Employment Policies

Fortunoff Backyard Store is a privately-owned company that specializes in selling backyard furniture and other related merchandise. Fortunoff has over thirty-five (35) locations in New York, New Jersey, Connecticut, Delaware, Pennsylvania and Florida. Fortunoff Backyard Store prides itself on the availability of expert and professional sales associates that are among the most tenured in the industry.

Ms. Hutt began working at Respondent's Delaware location on February 17, 2018. Ms. Hutt was hired for the position of "Sales Associate." A major requirement of the Sales Associate position involves selling Respondent's merchandise, becoming intimately familiar with the products, and actively engaging with customers. As part of Respondent's policies and procedures, the first ninety (90) days of employment constitute an "Introductory Period." Ex. A, at p. 16. During this period, associates must demonstrate a basic ability to perform their tasks and to function as a member of the Fortunoff Team. Id. The associate's job performance is reviewed during this time frame. Likewise, all Fortunoff employees are at will employees, and may be terminated at any time for any reason. Ex. A at p. 6, 20.

Specifically, pursuant to the Employee Handbook which Ms. Hutt signed and acknowledged, if an employee does not exhibit satisfactory improvement after a verbal warning, a written warning may be given. Ex. A at p. 15. Likewise, if an employee's performance does not improve to an acceptable level after a written warning, further action may be taken, including termination. Id.

[2] Exhibit A, Respondent's Employee Handbook, is marked as confidential.

**B. Ms. Hutt Was Terminated For Poor Job Performance**

Respondent initially believed that Ms. Hutt was capable of fulfilling the responsibilities and duties required of the Sales Associate position, including exceeding, or at least meeting, the sales expectations. Unfortunately, Ms. Hutt's job performance did not meet expectations, as she did not engage with customers, did not become familiar with the products, and her sales performance was substantially low. Management held multiple discussions with Ms. Hutt related to her job performance, which were formalized into a "Performance Evaluation", attached hereto as "Exhibit B". Specifically, on March 15, 2018, the Store Manager held a conversation with Ms. Hutt regarding her failure to engage with customers— a key requirement to Ms. Hutt's position— and her overall poor job performance. See Exhibit B.

Likewise, on May 7, 2018, the Store Manager held another meeting with Ms. Hutt to discuss her continued lack of performance at Fortunoff. Ex. B. As indicated on Ms. Hutt's "Performance Evaluation", Ms. Hutt's sales were significantly lower than other associates at the location, including part time workers. Ms. Hutt signed and acknowledged that she reviewed the evaluation, and that the contents were discussed with her. Ex. B

As discussed above, Ms. Hutt's primary responsibility was to sell Respondent's merchandise. Ms. Hutt's job performance was evaluated on her ability to sell merchandise and engage with the customers. As demonstrated above, Ms. Hutt could not accomplish the goals of the sales associate position. Respondent provided Ms. Hutt with notice of her poor performance over the course of the probationary period, and Respondent presented Ms. Hutt with multiple opportunities to rectify her performance. However, Ms. Hutt's job performance did not change. Respondent ultimately terminated Ms. Hutt on May 14, 2018, based on a legitimate non-discriminatory reason: poor performance.

Ms. Hutt even acknowledges in her Charge that she was terminated based on poor job performance. There is no dispute that Ms. Hutt was terminated for poor job performance, and there is no indication that her termination was related to her race. Thus, the Department should dismiss Ms. Hutt's Charge as she was terminated for a legitimate non-discriminatory reason.

**C. Ms. Hutt Fails To Present Any Evidence of Race Discrimination**

Aside from the fact that Ms. Hutt was terminated based on a legitimate non-discriminatory reason, Ms. Hutt is unable to demonstrate a prima facia case of race discrimination. Ms. Hutt contends that she was treated differently than other employees

because other employees were "provided store keys" to "access store and safe locks." This averment does not allege nor infer discrimination based on race. Aside from Ms. Hutt's unsupported allegation that she was treated differently than other employees, Ms. Hutt provided no evidence to support her claim, nor does Respondent have evidence or documentation of such.

Similarly, Ms. Hutt's bare allegation that her sales were low because she was not given the same support as other employees is not only inaccurate, but it does not infer race discrimination. It is undisputed that Ms. Hutt was terminated based on her low sales, as Ms. Hutt admits such in her Charge of Discrimination. As discussed above, management voiced their concerns with Ms. Hutt on multiple occasions. Likewise, Respondent presented her ample opportunities to rectify her performance. However, Ms. Hutt did not take any initiative to increase her sales performance, learn about the products and sales offered, or assist and engage with customers.

Ms. Hutt claims that she had conversations with her manager as it relates to discrimination. Per Respondent's Employee Handbook, which Ms. Hutt acknowledged and signed (attached as Exhibit "C"), Respondent does not tolerate discrimination or harassment in the workplace. Likewise, Respondent has ample reporting channels and complaint procedures, which Ms. Hutt did not use to report the allegations as mentioned in her Charge. Thus, Respondent denies any allegation that Ms. Hutt was subject to race discrimination during her employment, and it is undisputed that Ms. Hutt was terminated because of her poor performance as a Sales Associate.

## III. CONCLUSION

As set forth above, Respondent did not discriminate against Ms. Hutt on the basis of race. Respondent is an equal opportunity employer that encourages its employees to keep an open and direct line of communication in the workplace. Additionally, it is undisputed that Ms. Hutt was terminated because of her poor job performance and inability to meet the requirements associated with her position as a Sales Associate. Accordingly, Respondent therefore respectfully requests that the Department dismiss the above-referenced Charge in its entirety.

MARGOLIS EDELSTEIN

Helene Episcopo

HELENE EPISCOPO, ESQUIRE (#6406)

# Exhibit A

# REDACTED IN ITS ENTIRETY



fortunoff backyard store

# PERFORMANCE EVALUATION

| EMPLOYEE NAME | BARBARA HUTT | DATE OF HIRE | 02-17-18 |
|---|---|---|---|
| STORE MANAGER | DOUGLAS BARISH | STORE | CANA |

| Type of Action | Check One | |
|---|---|---|
| Verbal Discussion | ☒ | **Date: 3/15/18** Doug Barish and Anthony Tigro held a conversation with Barbara Hutt on 3/15/18 regarding lack of engaging with the customer and overall performance |
| Verbal Discussion | ☒ | **Date: 5/7/18** Doug Barish and Todd Prokop held a conversation with Barbara Hutt on 5/7/18 regarding continued lack of performance. |
| | | |

| FBYS CHRISTIANA STORE ASSOCIATE PERFORMANCE | | | | | |
|---|---|---|---|---|---|
| CANA | SALES ID | YTD HOURS WORKED | YTD SALES | SALES PER HOUR | |
| | 675 | EXEMPT ASSOCIATE | 13,997 | | STORE MANGER |
| HUTT, BARBARA | 783 | 354.48 | 39,609 | $111.73 | FULL TIME |
| | 791 | 275.70 | 18,161 | $65.87 | PART TIME |
| | 804 | 283.42 | 64,532 | $227.70 | PART TIME |
| | 814 | 321.63 | 54,693 | $170.49 | FULL TIME |

| Employee Signature / Barbara Hutt | Store Manager / Douglas Barish | Witness / Todd Prokop / Manager |
|---|---|---|
| Date: 5-7-18 | Date: 5-7-18 | Date: 5-7-18 |

I acknowledge I have reviewed this performance review and that its contents have been discussed with me on the indicated dates.

# Exhibit C

Mistake If I made a
the same mistake I wouldn't make
mistake again;
He called me about drawing lines
company copy I paid about 30 items
Michelle and never did
Allen that, He made
it seem like I was
stupid and couldn't comprehend
234-8000
$350 fee

5/12 on the
He Show
He She [illegible]
Took per weekend
in my face
DIA

Shoes from Sandy never sent
Kevin said to us once he be
David introduced Chip to us what he
introduced there company but it knew
who only they were setting it.
all along at me. Being me
to me. They mostly pulling [illegible]
Carole [illegible] TSA
and crying about to help
umbrella

He spoke about guardsman when I was told I was the 1 inside store, frankly I was the only one asking for guardsmen when I waited on Customers.

He knew my backround he knew my housing situation he knew I was on the food program. He didn't want somebody like me working for his Company and he did everything in his power to get rid of me. He treated me like scum.

Also when I was evaluated 3/15 Tony Tigo had just started there a week or so ago, he was stuck in the office with Tony Danah training so he didn't be around me like that. I think we worked together 2 or 3 times where he was actually on the floor with me.

On February he said I don't need to be talking with Jey. We'd go to lunch together or on a break. She was training me because Tony didn't care to.

5/12/18 Had a Couple 2 males Coming back in on Monday 5/14 to buy a Gazebo and Tangier sealing. was in on Saturday they actually Came back but they still was unsure if everything was going to fit and for them to have them still there as well as moving around. - It was time for me to leave because I had a bus to catch so I was clocking out and Doug asked me what happened with the Couple? I told him they'll be back on Monday because they are still unsure if they want to buy. he says ok yeah ok in and arrogant way

before the time for me to leave I went to the front to get the measuring tape for the Couple to measure the sofa and Doug asked whats going on with them I told him they want to measure ~~[illegible]~~ he says go close the sale go ask them what they are going to do because I've been with them too long! Go close that sale. well I sat there patiently with them while they measured I wasnt going to rush them when they are spending good money.

Come in Monday 5/14 he ended my job.

asked if I could get that sale because they're coming in to buy he tells me no, I said even though I've been working with them since last week he said no I don't get the sale.

Sat = 5/12 I sold a Contempo seating [illegible] which includes: sofa, club swivel 2 ottoman, 2 ottoman cushions & and 20 in sq. end table
$ 4,074.?

5/12 9 ft [illegible] umbrella tilt w/ 55 lb base (Ceramic)

$ 299.98 or 399.98?

asked Don 5/14 last day if I can have a copy of my sales he said he had to talk to David Yeager. Said it will be emaild by end of day. didn't get it so I text him next day and he didn't text. 5/15 texted him again, no response and no email. 5/16

him yesterday didn't set right with me. I asked him what was it? he said when I asked him for the copy of my evaluation he felt some type of way and he don't want me to think? He's helping me instead of hurting me and he wants to know what I'm thinking. at 1st I said nothing then he asked me to be honest with him I told him he's always picking with me about small things, He stated when he has talks with me just (Finger gesture for zip it) say nothing just listen. I told him I can't just not say listen to him when he's telling me something that's not true. He said "that's a problem"

I returned to work on 5/7/18, on 5/9/18 I had a project to work on in which I was climbing up and down a 3 Step ladder. I was also bending and reaching. on 5/12/18, I was in our back storage looking for a 55lb umbrella base, I was pulling out boxes also, the same day I was carrying a 9ft umbrella for a customer.

My Doctor's excuse was for me to work [illegible] days, but my boss scheduled me to work 5 days which caused severe pain + pulling in my lower back, Told Sandy I came back too soon

5/14 Tiago was not another the clock. He was off. Day shook me in in after 60 days to welcome me to my hand. Had doctor notice [illegible] to work 3 days a week. Dray scheduled me 5 days

I do engage, I welcome the Customers brief them on what we have on sale decorable the various size table and let them know my name and any questions feel free to ask, if its their 1st time they want to see what we have or if anything jumps out at them they ask if need be. So Todd explained to me about what others are making and explained what my sales should be and asked me to sign. Tues. May 8th I was off returned back on Wednesday to a big project of putting stickers on plates and tumbler etc climbing a ladder knowing I have back issues. I asked Tony Tigro what was Sandy doing she said selling so he left that project up to me to do and I was really hurting that night when I went home. I also asked him to give me a copy of my evaluation that day and he said he'll get it to me I said OK. Came in on Thursday May 9th and he pulled me to the ~~[illegible]~~ clearance set and said what I said to

When I got into work on Monday, I was told by Sales Supervisor Anthony Ligio what Manager wanted me to do. So I started my work routine sitting down, at the around 7:30 Danny my manager pulled me away from what I was doing along with Store Manager to have a second eval with me. The conversation was about my engagement with customers and where my sales should be. He compared my sales with Sandy's sales. I asked him how are her sales more than mine when she is only part-time? also Sandy doesn't engage with customers she welcomes them hands them a flyer and that's it! She doesn't deal with customers when they say they are just browsing because she knows they are not going to buy anything. He told me I'm the manager and let him worry about that you just worry about your sales! I told him that I do engage but there are a lot of customers that don't like you following them he told me well if I feel that way then its a problem. I told him

Saturday 5/12

I was working with a cuple and about to close a sale, customers were coming in, and asked Doug if I can go and get more sales he said to stay with him. He had a plan, thats why he didnt want me to go over there because he knew he was going to get rid of me.

1st

March 15 - Evaluation

did not sign anything everything was verbal, the Conversation was about me not engaging enough with customers, and I totally disagreed with him ~~decided to clean~~ ~~your job~~ he said I didn't intermingle with the staff that came to help us set the store up, my hours were 7am - 6pm that day, after our talk he sent me home 3 hours later.

There has been several incidences that has happened in between March - May ~~after~~ 1 week after my evaluation I found out that Sandra Conner has keys to ~~the~~ building She is only part-time & I am Fulltime and to this day I still don't have any keys to this day

~~Tuesday~~ April 25, 2018 I ~~was~~ was in an accident went to hospital on 4/26 - gave 3 days off of work, went in Friday anyway 4/27 scheduled 10-6 left at 3pm Called off Saturday 28th was off Sunday 29th. Went to work on Monday 4/30 Scheduled 10-6 left around 2:45 off Tuesday 1st went to Doctors and he put me out of work for 1 week to return on Monday May 7, 2018, Scheduled 12-8 worked whole shift.

He hasn't showed me how to deliver from one store to ~~the~~ next

---

May 12, I closed a sale for a little over $4,000, ~~we~~ had a store full of customers and he again ~~[illegible]~~ comes to me while customers are walking around and brings my sale to me and asks what is this I said the papers are stapled backwards he says look again I told him it looks fine to me, he said no it isn't I'll talk to you about another time walks away then turns back around and say where are the circles, what circles he said I've spoken to you numerous times about circling the customer info on our copy I told him I was not aware of that and he stood me up and down he has I said I was aware of underlining the customers info but not circling our copy, why when the customer already paid for it, all the sales I've closed I've never done it and no one till that day has said anything to me,

texted him about I found my

badge that I found it, he didn't text me back, which tells me that he's going to have another talk when I come in on 5/15. We'll see

Chaise Cushions - Sandy + I were hanging cushions he says to me I'm not picking with you but they need to be even. I told him I don't know who hung them but I didn't. Sandy says well you come over and do it because they keep falling off the wagon and he does but if I say that then it would have been a problem.

---

I found untagged Cushions approximately 12 to 15, also found some chairs & tables untagged. that Sandra did but he didn't say anything, if that was me or Luis it would be praise

---

He stopped me from counting the money.

---

Went on 15 minute break, no customers. Doug came in! and had another sit down with me because a customer had came in Luis was there, but he made a big deal

Restrooms

Only one [illegible] bathrooms nobody else

The drawer with papers

May 10, advertisement #14 - May 14th

Carried umbrella table

Customer was very upset about that table

[illegible] legs on breeze got a big [illegible] because of it

no phones - no sitting

no standing behind counter

bathroom incident -

don't want anyone around when he's closing a sale with Sandy, but she can stand around ours.

he is constantly picking with me about little things.

He tells me things such as delivery is 10% of order, and heard me saying it to a customer, then said to me in front of Sandy & Tony that he didn't say that. I told him he did and he says hello Barb are you here? I never said that. when he walked away both Sandy and Tony said he did say that but didn't say anything and I asked them why didn't they - they had no answer for me what you want me to do hold a gun

He tells me what he wants me to know - he teaches me what he wants me to know then talks about me like I'm dumb or illiterate.

he said to me that when he's saying things I am not to give an comment but what he wants to hear is what I will do better

Started writing on May 14, 2018 Mother's day

I'am writing this information down because I believe I'am going through discrimination

Shows off when Sandra [illegible] around

Cell phones

#1 in guardsman Protection

tries to make monkey out of me

Just hired new guy chip + if he got his chip it's over a couple days

Took 7's out of speaking in 2 days before

3 weeks in only 1 week since operations

told me he's the manager let him worry about those things but he's not saying nothing I felt like a slave

 

**PERFORMANCE EVALUATION**

| EMPLOYEE NAME | BARBARA HUTT | DATE OF HIRE | 02-17-18 |
|---|---|---|---|
| STORE MANAGER | DOUGLAS BARISH | STORE | CANA |

| Type of Action | Check One | |
|---|---|---|
| Verbal Discussion | ☒ | **Date: 3/15/18**<br>Doug Barish and Anthony Tigro held a conversation with Barbara Hutt on 3/15/18 regarding lack of engaging with the customer and overall performance |
| Verbal Discussion | ☒ | **Date: 5/7/18**<br>Doug Barish and Todd Prokop held a conversation with Barbara Hutt on 5/7/18 regarding continued lack of performance. |
| | | |

FBYS CHRISTIANA STORE ASSOCIATE PERFORMANCE

| CANA | SALES ID | YTD HOURS WORKED | YTD SALES | SALES PER HOUR | |
|---|---|---|---|---|---|
| | | | | | |
| BARISH, DOUGLAS | 675 | EXEMPT ASSOCIATE | 13,997 | | STORE MANGER |
| HUTT, BARBARA | 783 | 354.48 | 39,609 | $111.73 | FULL TIME |
| RODRIGUEZ, LUIS | 791 | 275.70 | 18,161 | $65.87 | PART TIME |
| CONNER, SANDRA | 804 | 283.42 | 64,532 | $227.70 | PART TIME |
| TIGRO, ANTHONY | 814 | 321.63 | 54,693 | $170.49 | FULL TIME |

| Employee Signature / Barbara Hutt | Store Manager / Douglas Barish | Witness / Todd Prokop / Manager |
|---|---|---|
| | | |
| Date: 5-7-18 | Date: 5-7-18 | Date: 5-7-18 |

I acknowledge I have reviewed this performance review and that its contents have been discussed with me on the indicated dates.

 

## PERFORMANCE EVALUATION

| EMPLOYEE NAME | BARBARA HUTT | DATE OF HIRE | 02-17-18 |
|---|---|---|---|
| STORE MANAGER | DOUGLAS BARISH | STORE | CANA |

| Type of Action | Check One | |
|---|---|---|
| Verbal Discussion | ☒ | **Date: 3/15/18** Doug Barish and Anthony Tigro held a conversation with Barbara Hutt on 3/15/18 regarding lack of engaging with the customer and overall performance |
| Verbal Discussion | ☒ | **Date: 5/7/18** Doug Barish and Todd Prokop held a conversation with Barbara Hutt on 5/7/18 regarding continued lack of performance. |
| | | |

FBYS CHRISTIANA STORE ASSOCIATE PERFORMANCE

| CANA | SALES ID | YTD HOURS WORKED | YTD SALES | SALES PER HOUR | |
|---|---|---|---|---|---|
| | | | | | |
| BARISH, DOUGLAS | 675 | EXEMPT ASSOCIATE | 13,997 | | STORE MANGER |
| HUTT, BARBARA | 783 | 354.48 | 39,609 | $111.73 | FULL TIME |
| RODRIGUEZ, LUIS | 791 | 275.70 | 18,161 | $65.87 | PART TIME |
| CONNER, SANDRA | 804 | 283.42 | 64,532 | $227.70 | PART TIME |
| TIGRO, ANTHONY | 814 | 321.63 | 54,693 | $170.49 | FULL TIME |

| Employee Signature / Barbara Hutt | Store Manager / Douglas Barish | Witness / Todd Prokop / Manager |
|---|---|---|
| [signature] | [signature] | [signature] |
| Date: 5-7-18 | Date: 5-7-18 | Date: 5-7-18 |

I acknowledge I have reviewed this performance review and that its contents have been discussed with me on the indicated dates.

# FURNITURE CONCEPTS, LLC

## 2018 Employee Plan & Contribution Election Form

### MEDICAL

☐ **Plan 1: Aetna Option 1**

Bi-Weekly Contributions

| | | |
|---|---|---|
| Employee Only | $188 | ☐ |
| Employee + Spouse | $551 | ☐ |
| Employee + Children | $472 | ☐ |
| Family | $867 | ☐ |

☐ **Plan 2: Aetna Option 2**

Bi-Weekly Contributions

| | | |
|---|---|---|
| Employee Only | $174 | ☐ |
| Employee + Spouse | $532 | ☐ |
| Employee + Children | $445 | ☐ |
| Family | $842 | ☐ |

☐ **Plan 3: Aetna Option 3**

Bi-Weekly Contributions

| | | |
|---|---|---|
| Employee Only | $63 | ☐ |
| Employee + Spouse | $286 | ☐ |
| Employee + Children | $234 | ☐ |
| Family | $512 | ☐ |

☑ **I Waive Medical Coverage** because I have: ☐ Spousal Coverage ☐ Other Coverage ☑ Other Reason Too expensive

Since I have refused the insurance, I understand that I may not enroll in my employer's plan until the next open enrollment period unless I have a qualifying life event, such as marriage, death of a spouse, birth, adoption, a court has ordered coverage to be provided for a spouse or minor child, or lose my coverage elsewhere. If I experience a qualifying life event, I understand that I must request enrollment in the plan **within thirty (30) days** of the qualifying life event

### VOLUNTARY VISION

☐ **Guardian Vision**

Bi-Weekly Contributions

| | | |
|---|---|---|
| Employee Only | $2.95 | ☑ |
| Employee + Spouse | $4.97 | ☐ |
| Employee + Children | $5.06 | ☐ |
| Family | $8.02 | ☐ |

☐ **I Waive Vision Coverage** because I have:

☐ Spousal Coverage ☐ Other Coverage

☐ Other Reason___________________

Since I have refused the insurance, I understand that I may not enroll in my employer's plan until the next open enrollment period unless I have a qualifying life event, such as marriage, death of a spouse, birth, adoption, a court has ordered coverage to be provided for a spouse or minor child, or lose my coverage elsewhere. If I experience a qualifying life event, I understand that I must request enrollment in the plan within **thirty (30) days** of the qualifying life event.

### DENTAL

☐ **Plan 1: Aetna DMO**

Bi-Weekly Contributions

| | | |
|---|---|---|
| Employee Only | $7.09 | ☑ |
| Employee + Spouse | $13.90 | ☐ |
| Employee + Children | $19.50 | ☐ |
| Family | $26.08 | ☐ |

☐ **Plan 2: Aetna PPO**

Bi-Weekly Contributions

| | | |
|---|---|---|
| Employee Only | $22.78 | ☐ |
| Employee + Spouse | $45.81 | ☐ |
| Employee + Children | $51.82 | ☐ |
| Family | $74.56 | ☐ |

☐ **I Waive Dental Coverage** because I have: ☐ Spousal Coverage ☐ Other Coverage ☐ Other Reason___________________

Since I have refused the insurance, I understand that I may not enroll in my employer's plan until the next open enrollment period unless I have a qualifying life event, such as marriage, death of a spouse, birth, adoption, a court has ordered coverage to be provided for a spouse or minor child, or lose my coverage elsewhere. If I experience a qualifying life event, I understand that I must request enrollment in the plan **within thirty (30) days** of the qualifying life event

***All contributions will be deducted from your paycheck on a pre-tax basis, unless you instruct us otherwise. I understand that I will be responsible for the applicable contribution as indicated. I further understand that I will not be permitted to change my election until the plan's next open enrollment period unless I have a qualifying life event, such as marriage, death of a spouse, birth, adoption, or a court has ordered coverage to be provided for a spouse or minor child.***

Name: Barbara D Hutt Date: April 17, 2018

Signature: [signature]

Hi Barbara,

Per your request.

Stephanie Pettway
Accounting/Payroll Specialist
Furniture Concepts LLC
C/O Chair King Backyard Store
5405 W Sam Houston Pkwy N
Houston, TX 77041
Phone:  713-690-1919 ext. 3137
Fax:  713-939-8424
www.fortunoffbys.com



## Employee Separation Checklist (Managers to Complete)

**Employee Name** BARBARA HUTT

**Employee Number** PAYCHEX ID # 783

**Position** SALES

**Term Date** 05 / 14 / 2018

**Reason for Separation… Check One:**

- [ ] **90 Day discharge / probationary period**
- [ ] **Resignation**
- [ ] **Termination**

**Please Explain and give Details: (include ALL Dates )**

RELEASED DURING 90 DAY PROBATIONARY PERIOD FOR NOT MEETING PERFOERMANCE STANDARDS

**CHECKLIST: MANAGER TO COMPLETE and INITIAL by Check marks below.**

**1. Obtained and attached written resignation from employee? (for voluntary separation only).**
N/A

**2. Notified Payroll/Human Resources?** ✓

**3. Time card reflects what is owed for final paycheck w/comments?** ✓

**5. Conducted and Attached an exit interview (for voluntary separation only).** ____

**6. Obtained company-owned property: Example: KEYS**
**Describe** N/A

**MANAGERS SIGNATURE** *David M Yeager* **Date** 5-14-2018

**MANAGERS PRINTED NAME** DAVID YEAGER



**Barbara Hutt <bhutt@fortunoffbys.com>**

---

## Next week schedule

1 message

---

**Douglas Barish** <doug.barish@fortunoffbys.com> Fri, Apr 20, 2018 at 5:41 AM
To: Tony Tigro <ttigro@fortunoffbys.com>, Barbara Hutt <bhutt@fortunoffbys.com>, Luis Rodriguez <lrodriguez@fortunoffbys.com>, Sandra Conner <sconner@fortunoffbys.com>

Team I will give you a copy on Saturday

Tony. Mon off
Tues 11am -9pm
Wed 12pm -9pm
Thru off
Fri 9:30-6pm
Sat 1pm-9pm
Sun 11am 5-pm

4/23 Barb Mon 11am-7pm
4/24 Tues 11am -7pm – Had accident on bus worked ~~[crossed out]~~ shift til 6pm
4/25 Wed off
4/26 Thru 11am-6 pm – worked
4/27 Fri 10am 6pm – left at 3pm
4/28 Sat 10am- 6pm – Called off
4/29 Sun off

Sandra Mom off
Tues 1:30 -:5:30pm
Wed off
Thru 1:30pm - 2pm
Fri 2pm - 9pm
Sat 1:30pm- 9pm
Sun 11am -6pm

Luis Mon off
Tues off
Wed 2pm -9pm
Thru 3pm- 9pm
Fri 3pm-9pm
Sat 2pm- 9pm
Sun off

Thanks

**Douglas Barish**
***Store Manager***
Fortunoff Backyard Store
3172 Fashion Center Blvd
Newark ,DE. 19702
Phone: 302-918-6345
doug.barish@fortunoffbys.com

| LABOR BUDGET | 145.00 |
| --- | --- |
| LABOR SCHEDULED | 119.50 |
| LABOR DIFFERENCE | 25.50 |

| 48 - CANA | FROG ID | MONDAY 4/30/2018 10:00-9:00 In | Out | Hrs | TUESDAY 5/1/2018 10:00-9:00 In | Out | Hrs | WEDNESDAY 5/2/2018 10:00-9:00 In | Out | Hrs | THURSDAY 5/3/2018 10:00-9:00 In | Out | Hrs | FRIDAY 5/4/2018 10:00-9:00 In | Out | Hrs | SATURDAY 5/5/2018 10:00-9:00 In | Out | Hrs | SUNDAY 5/6/2018 11:00-6:00 In | Out | Hrs | Store Hrs Total Hrs |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Doug Barish | | 9:00 AM | 9:00 PM | 11:00 | 9:00 AM | 9:00 PM | 11:00 | off | off | | 6:00 PM | 9:00 PM | 3:00 | off | off | | exton | exton | | 11:00 AM | 5:00 PM | 6:00 | 31:00:00 |
| Tony Tigro | | off | off | | off | off | | 9:30 AM | 9:00 PM | 10:30 | 9:30 AM | 6:00 PM | 7:30 | 9:30 AM | 6:00 PM | 7:30 | 9:30 AM | 6:00 PM | 7:30 | 11:00 AM | 5:00 PM | 6:00 | 39:00:00 |
| Barbara Hutt | | 11:00 AM | 7:00 PM | 7:30 | off | off | | off | off | | off | off | | 10:00 AM | 6:00 PM | 7:30 | 10:00 AM | 6:00 PM | 7:30 | 11:00 AM | 6:00 PM | 6:30 | 29:00:00 |
| Sandra Conner | | off | | | 1:30 PM | 5:30 PM | 4:00 | off | | | 1:30 PM | 5:30 PM | 4:00 | 2:00 PM | 9:00 PM | 6:30 | 2:00 PM | 9:00 PM | 6:30 | 11:00 AM | 6:00 PM | 6:30 | 27:30:00 |
| Luis Rodriguez | | off | | | off | | | 12:30 PM | 8.00pm | | 3:00 PM | 9:00 PM | 6:00 | 1:00 PM | 9:00 PM | 7:30 | 11:00 AM | 9:00 PM | 9:30 | off | | | 23:00:00 |
| | | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | 0:00:00 |
| | | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | 0:00:00 |
| | | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | 0:00:00 |
| | | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | 0:00:00 |
| | | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | 0:00:00 |
| COVERAGE AM/MD/PM | | 1 | manual fill | 1 | 1 | manual fill | 1 | 1 | manual fill | 1 | 1 | manual fill | 2 | 2 | manual fill | 2 | 2 | manual fill | 2 | 4 | manual fill | 2 | |

| LABOR BUDGET | 145.00 |
| --- | --- |
| LABOR SCHEDULED | 129.00 |
| LABOR DIFFERENCE | 16.00 |

| 48 - CANA | MONDAY 5/7/2018 10:00-9:00 In | Out | Hrs | TUESDAY 5/8/2018 10:00-9:00 In | Out | Hrs |
| --- | --- | --- | --- | --- | --- | --- |
| Doug Barish | 9:00 AM | 9:00 PM | 11.00 | 9:00 AM | 1:00 PM | 4:00 |
| Tony Tigro | off | off | | 11:00 AM | 9:00 PM | 9:00 |
| Barbara Hutt | 11:00 AM | 7:00 PM | 7:30 | 11:00 AM | 7:00 PM | 7:30 |
| Sandra Conner | off | | | 1:30 PM | 5:30 PM | 4:00 |
| Luis Rodriguez | off | | | off | | |
| | | | 0.00 | | | 0:00 |
| | | | 0:00 | | | 0:00 |
| | | | 0:00 | | | 0:00 |
| | | | 0:00 | | | 0:00 |
| | | | 0:00 | | | 0:00 |
| COVERAGE AM/MD/PM | 1 | manual fill | 1 | 1 | manual fill | 1 |

| LABOR DIFFERENCE | 8.00 | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MONDAY | | | TUESDAY | | | WEDNESDAY | | | THURSDAY | | | FRIDAY | | | SATURDAY | | | SUNDAY | | |
| | 5/14/2018 | | | 5/15/2018 | | | 5/16/2018 | | | 5/17/2018 | | | 5/18/2018 | | | 5/19/2018 | | | 5/20/2018 | | |
| | 10:00-9:00 | | | 10:00-9:00 | | | 10:00-9:00 | | | 10:00-9:00 | | | 10:00-9:00 | | | 10:00-9:00 | | | 11:00-6:00 | | |
| | In | Out | Hrs | In | Out | Hrs | In | Out | Hrs | In | Out | Hrs | In | Out | Hrs | In | Out | Hrs | In | Out | Hrs |
| g Barish | 9:00 AM | 9:00 PM | 11:00 | 9:00 AM | 6:00 PM | 8:00 | 9:00 AM | 6:00 PM | 8:00 | 9:00 AM | 9:00 PM | 11:00 | off | | | 9:00 AM | 6:00 PM | 8:00 | off | off | |
| ıy Tigro | off | | | 12:00 PM | 9:00 PM | 8:00 | 12:00 PM | 9:00 PM | 8:00 | off | | | 9:30 AM | 6:00 PM | 7:30 | 10:00 AM | 7:00 PM | 8:00 | 11:00 AM | 5:00 PM | 6:00 |
| ra Hutt | 11:00 AM | 7:00 PM | 7:30 | 11:00 AM | 6:00 PM | 6:30 | 11:00 AM | 7:00 PM | 7:30 | off | off | | off | off | | 11:00 AM | 7:00 PM | 7:30 | 11:00 AM | 6:00 PM | 6:30 |
| Conner | off | off | | 1:30 PM | 5:30 PM | 4:00 | 1:30 PM | 5:30 PM | 4:00 | off | off | | 130pm | 9:00 PM | | 1:30 PM | 9:00 PM | 7:00 | 11:00 AM | 6:00 PM | 6:30 |
| ıdriguez | off | off | | off | | | off | off | | 10:00 AM | 4:00 PM | 6:00 | 2:00 PM | 9:00 PM | 6:30 | 3:00 PM | 9:00 PM | 6:00 | 11:00 AM | 6:00 PM | 6:30 |
| ıip Attig | 10:00 AM | 6:00 PM | 7:30 | 10:00 AM | 6:00 PM | 7:30 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 |
| | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 |
| | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 |

| LABOR BUDGET | 145.00 |
|---|---|
| LABOR SCHEDULED | 135.50 |
| LABOR DIFFERENCE | 9.50 |

| 48 - CANA | MONDAY 5/7/2018 | | | TUESDAY 5/8/2018 | | | WEDNESDAY 5/9/2018 | | | THURSDAY 5/10/2018 | | | FRIDAY 5/11/2018 | | | SATURDAY 5/12/2018 | | | SUNDAY 5/13/2018 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10:00-9:00 | | | 10:00-9:00 | | | 10:00-9:00 | | | 10:00-9:00 | | | 10:00-9:00 | | | 10:00-9:00 | | | 11:00-6:00 | | |
| | In | Out | Hrs | In | Out | Hrs | In | Out | Hrs | In | Out | Hrs | In | Out | Hrs | In | Out | Hrs | In | Out | Hrs |
| Doug Barish | 3:00 PM | 9:00 PM | [illegible] | 9:00 AM | 6:00 PM | [illegible] | off | off | | 9:00 AM | 6:00 PM | [illegible] | 9:00 AM | 6:00 PM | [illegible] | 9:00 AM | 6:00 PM | [illegible] | 2:00 PM | 6:00 PM | [illegible] |
| Tony Tigro | 9:45 AM | 2:00 PM | [illegible] | 2:30 PM | 9:00 PM | [illegible] | 9:30 AM | 9:00 PM | [illegible] | 1:30 PM | 9:00 PM | [illegible] | off | off | | 9:30 AM | 5:00 PM | [illegible] | 10:30 AM | 4:00 PM | [illegible] |
| Barbara Hutt | 12:00 PM | 8:00 PM | [illegible] | off | off | | 11:00 AM | 7:00 PM | [illegible] | 11:00 AM | 7:00 PM | [illegible] | 11:00 AM | 7:00 PM | [illegible] | 11:00 AM | 7:00 PM | [illegible] | off | | |
| Sandra Conner | off | | | 1:30 PM | 5:30 PM | [illegible] | off | | | 1:30 PM | 5:30 PM | [illegible] | 2:00 PM | 9:00 PM | [illegible] | 2:00 PM | 9:00 PM | [illegible] | 11:00 AM | 6:00 PM | [illegible] |
| Luis Rodriguez | 10:00 AM | 4:00 PM | [illegible] | off | | | 2:00 PM | 9:00 PM | [illegible] | 3:00 PM | 9:00 PM | [illegible] | 3:00 PM | 9:00 PM | [illegible] | 3:00 PM | 9:00 PM | [illegible] | off | | |
| | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 |
| | | | [illegible] | | | [illegible] | | | [illegible] | | | [illegible] | | | [illegible] | | | [illegible] | | | [illegible] |
| | | | [illegible] | | | [illegible] | | | [illegible] | | | [illegible] | | | [illegible] | | | [illegible] | | | [illegible] |
| | | | [illegible] | | | [illegible] | | | [illegible] | | | [illegible] | | | [illegible] | | | [illegible] | | | [illegible] |
| | | | [illegible] | | | [illegible] | | | [illegible] | | | [illegible] | | | [illegible] | | | [illegible] | | | [illegible] |
| COVERAGE AM/MD/PM | 2 | manual fill | 1 | 1 | manual fill | 1 | 1 | manual fill | 2 | 1 | manual fill | 2 | 1 | manual fill | 2 | 2 | manual fill | 2 | 2 | manual fill | 2 |



First State Orthopaedics
4745 Ogletown-Stanton Road
Suites 225
Newark, DE 19713-1338

New Castle Locations
Phone: (302) 731-2888
Fax: (302) 224-2887

Kent County Locations
Phone: (302) 735-8700
Fax: (302) 735-8703

# Diagnostic Requisition

---

**Patient Name:** Barbara Hutt
**Address:** 807 Marshall St
Wilmington DE 19805-
**Date of Birth:** 06/03/1969
**Phone Number:** Phone: (302)413-1683

## ***Please schedule a follow up visit to review your MRI results with ______________________________.

**Instructions for results:**

**Reports** - please report interpretation results to FSO/requesting provider via DHIN. If unable, fax report to (302) 224-2887 .

**Films** - please send films to requesting provider via DICOM push*. If unable, please send films/disc with patient.

## MRI CERVICAL SPINE

| CPT: | Order |
|---|---|
| 72141 | MRI CERVICAL SPINE |
| **Dx Code:** | **Diagnostic Description** |
| M54.2 | Neck pain |

**Ordering Comments**
Evaluate for: Cervical Radiculopathy, HNP

**Ordered by:** Evan H Crain MD
**Date:** 08/13/2018 4:00 PM

*DICOM Push is more convenient for our patients and more cost effective. Please contact our PACS Administrator.

| | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|---|
| | **2/19/2018** | **2/20/2018** | **2/21/2018** | **2/22/2018** | **2/23/2018** | **2/24/2018** | **2/25/2018** |
| Sandra Conner (PT/CANA) | off | 12-530 | 12-530 | 12-530 | off | 1- 9 | 11-6 |
| Barbara Hutt (FT/CANA) | 11-7 | 930-530 | 1-9 | off | off | 1- 9 | 1030-6 |
| Luis Rodriguez (PT/CANA) | - | - | - | - | - | 1 -9 (pending backgound) | 11 -6 (pending background) |
| | | | | | | | |

| | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|---|
| | **2/26/2018** | **2/27/2018** | **2/28/2018** | **3/1/2018** | **3/2/2018** | **3/3/2018** | **3/4/2018** |
| Sandra Conner (PT/CANA) | 12-530 | off | 12-530 | 12-530 | 12-530 | 930-530 | off |
| Barbara Hutt (FT/CANA) | 930-530 | off | 930-~~530~~ 3 pm | 11-7 | 1-9 | 1- 9 | off |
| Luis Rodriguez (PT/CANA) | 2-9 | off | 10-4 | off | 10-4 | 2-9 | off |
| | | | | | | | |

Saturday 12-430 4.5

Mon 2/19 7.5 2/20 7.5 2/21 7.5 first week

2/24 7.5

2/25 7 = 37.0

41.5 Total

| LABOR BUDGET | 145.0[illegible] |
|---|---|
| LABOR SCHEDULED | 13[illegible] |
| LABOR DIFFERENCE | [illegible]50 |

| 48 - CANA | MONDAY | | | TUESDAY | | | WEDNESDAY | | | THURSDAY | | | FRIDAY | | | SATURDAY | | | SUNDAY | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 5/7/2018 | | | 5/8/2018 | | | 5/9/2018 | | | 5/10/2018 | | | 5/11/2018 | | | 5/12/2018 | | | 5/13/2018 | | |
| | 10:00-9:00 | | | 10:00-9:00 | | | 10:00-9:00 | | | 10:00-9:00 | | | 10:00-9:00 | | | 10:00-9:00 | | | 11:00-6:00 | | |
| | In | Out | Hrs | In | Out | Hrs | In | Out | Hrs | In | Out | Hrs | In | Out | Hrs | In | Out | Hrs | In | Out | Hrs |
| Doug Barish | 3:00 PM | 9:00 PM | [illegible] | 9:00 AM | 6:00 PM | [illegible] | off | off | | 9:00 AM | 6:00 PM | [illegible] | 9:00 AM | 6:00 PM | [illegible] | 9:00 AM | 6:00 PM | [illegible] | 2:00 PM | 6:00 PM | [illegible] |
| Tony Tigro | 9:45 AM | 2:00 PM | [illegible] | 2:30 PM | 9:00 PM | [illegible] | 9:30 AM | 9:00 PM | [illegible] | 1:30 PM | 9:00 PM | [illegible] | off | off | | 9:30 AM | 5:00 PM | [illegible] | 10:30 AM | 4:00 PM | [illegible] |
| Barbara Hutt | 12:00 PM | 8:00 PM | [illegible] | off | off | | 11:00 AM | 7:00 PM | [illegible] | 11:00 AM | 7:00 PM | [illegible] | 11:00 AM | 7:00 PM | [illegible] | 11:00 AM | 7:00 PM | [illegible] | off | | |
| Sandra Conner | off | | | 1:30 PM | 5:30 PM | [illegible] | off | | | 1:30 PM | 5:30 PM | [illegible] | 2:00 PM | 9:00 PM | [illegible] | 2:00 PM | 9:00 PM | [illegible] | 11:00 AM | 6:00 PM | [illegible] |
| Luis Rodriguez | 10:00 AM | 4:00 PM | [illegible] | off | | | 2:00 PM | 9:00 PM | [illegible] | 3:00 PM | 9:00 PM | [illegible] | 3:00 PM | 9:00 PM | [illegible] | 3:00 PM | 9:00 PM | [illegible] | off | | |
| | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 |
| | | | [illegible] | | | [illegible] | | | [illegible] | | | [illegible] | | | [illegible] | | | [illegible] | | | [illegible] |
| | | | [illegible] | | | [illegible] | | | [illegible] | | | [illegible] | | | [illegible] | | | [illegible] | | | [illegible] |
| | | | [illegible] | | | [illegible] | | | [illegible] | | | [illegible] | | | [illegible] | | | [illegible] | | | [illegible] |
| | | | [illegible] | | | [illegible] | | | [illegible] | | | [illegible] | | | [illegible] | | | [illegible] | | | [illegible] |
| COVERAGE AM/MD/PM | 2 | manual fill | 1 | 1 | manual fill | 1 | 1 | manual fill | 2 | 1 | manual fill | 2 | 1 | manual fill | 2 | 2 | manual fill | 2 | 2 | manual fill | 2 |

| LABOR DIFFERENCE | #REF! | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MONDAY 4/16/2018 | | | TUESDAY 4/17/2018 | | | WEDNESDAY 4/18/2018 | | | THURSDAY 4/19/2018 | | | FRIDAY 4/20/2018 | | | SATURDAY 4/21/2018 | | | SUNDAY 4/22/2018 | | |
| | | Store Hrs | 10:00-9:00 | | | 10:00-9:00 | | | 10:00-9:00 | | | 10:00-9:00 | | | 10:00-9:00 | | | 10:00-9:00 | | | 11:00-6:00 | | |
| 48 - CANA | | | In | Out | Hrs | In | Out | Hrs | In | Out | Hrs | In | Out | Hrs | In | Out | Hrs | In | Out | Hrs | In | Out | Hrs |
| DOUG BARISH | | | 9:00 AM | 9:00 PM | | 9:00 AM | 12:00 PM | | 9:00 AM | 6:00 PM | | 9:00 AM | 9:00 PM | | off | | | 12:00 PM | 9:00 PM | | 10:00 AM | 6:00 PM | |
| TONY TIGRO | | | off | | | 1:00 PM | 9:00 PM | | 1:30 AM | 9:00 PM | | off | | | 9:30 AM | 6:00 PM | | 9:30 | 6:00 PM | | 11:30 AM | 5:00 PM | |
| BARBARA HUTT | 78 | | off | | | 10:30 AM | 6:00 PM | | off | | | 11:00 AM | 6:00 PM | | 11:00 AM | 5:00 PM | | 10:00 AM | 6:00 PM | | 12:00 PM | 5:00 PM | |
| SANDRA CONNER | 910 | | 13:30 | 5:30 PM | | off | | | off | | | 1:30 PM | 5:30 PM | | 2:00 PM | 9:00 PM | | 2:30 PM | 9:00 PM | | 11:00 AM | 6:00 PM | |
| LUIS RODRIGUEZ | 112 | | 10:00 AM | 4:00 PM | | off | | | 10:00 AM | 4:00 PM | | off | | | 3:00 PM | 9:00 PM | | 12:00 PM | 5:00 PM | | 11:00 AM | 6:00 PM | |
| Associate 3 | 131 | | | | 0:00 | | | 0:00 | | | | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 |
| Associate 4 | 415 | | | | | | | | | | | | | | | | | | | | | | |
| Associate 5 | 161 | | | | | | | | | | | | | | | | | | | | | | |
| Associate 6 | 718 | | | | | | | | | | | | | | | | | | | | | | |

| LABOR BUDGET | 145.00 |
|---|---|
| LABOR SCHEDULED | 127.00 |
| LABOR DIFFERENCE | 18.00 |

| 48 - CANA | | MONDAY 4/2/2018 10:00-9:00 | | | TUESDAY 4/3/2018 10:00-9:00 | | | WEDNESDAY 4/4/2018 10:00-9:00 | | | THURSDAY 4/5/2018 10:00-9:00 | | | FRIDAY 4/6/2018 10:00-9:00 | | | SATURDAY 4/7/2018 10:00-9:00 | | | SUNDAY 4/8/2018 11:00-6:00 | | | Store Hrs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FROG ID | In | Out | Hrs | In | Out | Hrs | In | Out | Hrs | In | Out | Hrs | In | Out | Hrs | In | Out | Hrs | In | Out | Hrs | Total Hrs |
| DOUG BARISH | 123 | 9:00 AM | 9:00 PM | 11.00 | 9:00 AM | 12:00 PM | 3.00 | 12:00 PM | 9:00 PM | 8:00 | 12:00 PM | 9:00 PM | 8:00 | off | | | 9:00 AM | 6:00 PM | 8.00 | 10:00 AM | 6:00 PM | 7.00 | 45:00:00 |
| TONY TIGRO | 456 | off | | | 12:00 PM | 9:00 PM | 8.00 | 9:30 AM | 6:00 PM | 7:30 | 9:30 | 6:00 PM | 7:30 | 9:30 AM | 5:00 PM | 6 30 | 12:00 PM | 9:00 PM | 8:00 | off | | | 37:30:00 |
| BARBARA HUTT | 78 | 10:00 AM | 6:00 PM | 7 30 | off | | | off | | | 11:00 AM | 8:00 PM | 8.30 | 10:00 AM | 5:00 PM | 6.30 | 10:00 AM | 5:00 PM | 6:30 | 11:00 AM | 5:00 PM | 6:00 | 35:00:00 |
| SANDRA CONNER | 910 | 1:30 PM | 5:30 PM | 4:00 | 1:30 PM | 5:30 PM | 4:00 | off | | | off | | | 2:00 PM | 9:00 PM | 6:30 | 2:00 PM | 9:00 PM | 6:30 | 11:00 AM | 6:00 PM | 6 30 | 27:30:00 |
| LUIS RODRIGUEZ | 112 | off | | | 10:00 AM | 4:00 PM | 6:00 | 10:00 AM | 4:00 PM | 6:00 | off | | | 3:00 PM | 9:00 PM | 6:00 | off | | | 11:00 AM | 6:00 PM | 6:30 | 24:30:00 |
| Associate 3 | 131 | | | 0.00 | | | 0:00 | | | 0 00 | | | 0:00 | | | 0 00 | | | 0.00 | | | 0 00 | 0.00:00 |
| Associate 4 | 415 | | | 0 00 | | | 0 00 | | | 0 00 | | | 0 00 | | | 0.00 | | | 0:00 | | | 0 00 | 0.00:00 |
| Associate 5 | 161 | | | 0 00 | | | 0:00 | | | 0:00 | | | 0 00 | | | 0 00 | | | 0:00 | | | 0.00 | 0:00:00 |
| Associate 6 | 718 | | | 0 00 | | | 0:00 | | | 0.00 | | | 0 00 | | | 0 00 | | | 0.00 | | | 0 00 | 0:00:00 |
| Associate 7 | 718 | | | 0 00 | | | 0:00 | | | 0 00 | | | 0 00 | | | 0 00 | | | 0:00 | | | 0:00 | 0 00:00 |
| COVERAGE AM/MD/PM | | 2 | 1 | 1 | 2 | 1 | 1 | 2 | 0 | 1 | 1 | 1 | 1 | 2 | 0 | 2 | 2 | 0 | 2 | 4 | 4 | 3 | |

| LABOR BUDGET | 0.00 |
|---|---|
| LABOR SCHEDULED | 40.00 |
| LABOR DIFFERENCE | (40.00) |

| MONDAY 4/9/2018 10:00-9:00 | | | TUESDAY 4/10/2018 10:00-9:00 | | |
|---|---|---|---|---|---|
| In | Out | Hrs | In | Out | Hrs |
| | | 0:00 | | | 0.00 |
| | | 0:00 | | | 0.00 |
| | | 0:00 | | | 0.00 |
| | | 0:00 | | | 0.00 |
| | | 0:00 | | | 0.00 |
| | | 0:00 | | | 0.00 |
| | | 0 00 | | | 0.00 |
| | | 0 00 | | | 0.00 |
| | | 0 00 | | | 0.00 |
| | | 0 00 | | | 0.00 |
| 0 | 0 | 0 | 0 | 0 | 0 |

| ANA | | MONDAY 4/9/2018 10:00-9:00 | | | TUESDAY 4/10/2018 10:00-9:00 | | | WEDNESDAY 4/11/2018 10:00-9:00 | | | THURSDAY 4/12/2018 10:00-9:00 | | | FRIDAY 4/13/2018 10:00-9:00 | | | SATURDAY 4/14/2018 10:00-9:00 | | | SUNDAY 4/15/2018 11:00-6:00 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | In | Out | Hrs | In | Out | Hrs | In | Out | Hrs | In | Out | Hrs | In | Out | Hrs | In | Out | Hrs | In | Out | Hrs |
| DOUG BARISH | | 9:00 AM | 9:00 PM | 11:00 | 9:00 AM | 6:00 PM | 8:00 | 9:00 AM | 9:00 PM | 11.00 | 9:00 AM | 6:00 PM | 8:00 | off | | | 9:30 | 6:00 PM | 7:30 | off | | |
| TONY TIGRO | | off | | | 1:00 PM | 9:00 PM | 7:00 | off | | | 12:00 PM | 9:00 PM | 8:00 | 9:30 AM | 6:00 PM | 7.30 | 1:00 PM | 9:00 PM | 7:00 | 10:30 AM | 6:00 PM | 6.30 |
| BARBARA HUTT | 78 | off | | | 2:00 PM | 9:00 PM | 6:30 | 10:00 AM | 6:00 PM | 7:30 | off | | | 2:00 PM | 9:00 PM | 6:30 | 10:00 AM | 6:00 PM | 7:30 | 11:00 AM | 6:00 PM | 6:30 |
| SANDRA CONNER | 910 | 130p | 5:30 PM | | off | | | 1:30 AM | 5:30 AM | 4:30 | off | | | 2:00 PM | 9:00 PM | 6:30 | 2:00 PM | 9:00 PM | 6:30 | 11:00 AM | 6:00 PM | 6.30 |
| LUIS RODRIGUEZ | 112 | 11:00 AM | 4:00 PM | 5.00 | off | | | 11:00 AM | 4:00 PM | 5:00 | 3:00 PM | 9:00 PM | 6:00 | 10:00 AM | 4:00 PM | 6:00 | off | | | 1:00 PM | 6:00 PM | 5:00 |
| Associate 3 | 131 | | | 0:00 | | | 0:00 | gensun | training | | | | 0:00 | | | 0:00 | | | 0:00 | | | 0.00 |
| Associate 4 | 415 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0.00 | | | 0:00 |
| Associate 5 | 161 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 |
| Associate 6 | 718 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0.00 | | | 0:00 | | | 0.00 | | | 0:00 |
| Associate 7 | 718 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 | | | 0:00 |

| | |
|---|---|
| LABOR BUDGET | 0.00 |
| LABOR SCHEDULED | 124.00 |
| LABOR DIFFERENCE | (124.00) |

| | | MONDAY 3/26/2018 10:00-9:00 | | | TUESDAY 3/27/2018 10:00-9:00 | | | WEDNESDAY 3/28/2018 10:00-9:00 | | | THURSDAY 3/29/2018 10:00-9:00 | | | FRIDAY 3/30/2018 10:00-9:00 | | | SATURDAY 3/31/2018 10:00-9:00 | | | SUNDAY 4/1/2018 11:00-6:00 | | | Store Hrs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 48 - CANA | FROG ID | In | Out | Hrs | In | Out | Hrs | In | Out | Hrs | In | Out | Hrs | In | Out | Hrs | In | Out | Hrs | In | Out | Hrs | |
| DOUG BARISH | 123 | 9:00 AM | 6:00 PM | | 9:00 AM | 1:00 PM | | 9:00 AM | 6:00 PM | | 9an | 9:00 PM | | 9:00 AM | 6:00 PM | | off | | | 11:00 AM | 6:00 PM | | |
| TONY TIGRO | 456 | 12:00 PM | 9:00 PM | | 12:00 PM | 9:00 PM | | 12:00 PM | 9:00 PM | | off | | | off | | | 9:30 AM | 6:00 PM | | 11:00 AM | 6:00 PM | | |
| BARBARA HUTT | 78 | 11:00 AM | 7:00 PM | | off | | | 11:00 AM | 8:00 PM | | 2:00 PM | 9:00 PM | | 10:00 AM | 6:00 PM | | 10:00 AM | 6:00 PM | | off | | | |
| SANDRA CONNER | 910 | off | | | 1:30 PM | 5:30 PM | | off | | | 1:30 PM | 5:30 PM | | 2:00 PM | 9:00 PM | | 2:00 PM | 9:00 PM | | 11:30a | 6:00 PM | | |
| LUIS RODRIGUEZ | 112 | off | | | off | | | 2:00 PM | 9:00 PM | | 9:30 AM | 4:00 PM | | 2:00 PM | 9:00 PM | | 2:00 PM | 9:00 PM | | off | | | |
| Associate 3 | 131 | | | | | | | | | | | | | | | | | | | | | | |
| Associate 4 | 415 | | | | | | | | | | | | | | | | | | | | | | |
| Associate 5 | 161 | | | | | | | | | | | | | | | | | | | | | | |
| Associate 6 | 718 | | | | | | | | | | | | | | | | | | | | | | |
| Associate 7 | 718 | | | | | | | | | | | | | | | | | | | | | | |
| COVERAGE AM/MD/PM | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 1 | 1 | 2 | 2 | 0 | 2 | 2 | 0 | 2 | 2 | 2 | 3 | |