IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA HUTT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 21-1793-CFC ) |
| FORTUNOFF BACKYARD STORE, | ) ) |
| Defendant. | ) ) |

**ORDER**

At Wilmington this 4th day of January, 2022,

the Court having considered the application to proceed in District Court without prepaying fees or costs under 28 U.S.C. § 1915;

IT IS ORDERED that the application is **GRANTED**.

_____
CHIEF JUDGE,
UNITED STATES DISTRICT COURT